# EXHIBIT F

| US9173154 | Lumen Cloud Communicationss Application ("The Accused Product") |
|---|---|
| 1. A method of enabling a wireless handheld cellular phone device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless handheld cellular phone device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet-based calling does not require home location register (HLR). |

# Lumen Cloud Communications

CenturyLink, Inc



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless handheld cellular phone device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless handheld cellular phone device (e.g., Smartphone) using a module (e.g., Lumen Cloud Communications application) that is responsible for contacting a server (e.g., Lumen Cloud Communications Server) to communicate with the server (e.g., Lumen Cloud Communications Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., Lumen Cloud Communications application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). |



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

### Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (b) the wireless handheld cellular phone device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) using the module (e.g., Lumen Cloud Communications application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Lumen Cloud Communications Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Lumen Cloud Communications SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Lumen Cloud Communications Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Lumen Cloud Communications application) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 3. The method of claim 1, in which the wireless device uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server. | The wireless device (e.g., user device) uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server (e.g., Lumen Cloud Communications server).  https://lumencloudcomm.lumen.com/login |



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

| 4. The method of claim 3 in which the user has to enter any data required by the server manually into the device. | The user (e.g., user of Lumen Cloud Communications application) has to enter any data (e.g., Lumen Cloud Communications login details) required by the server (e.g., Lumen Cloud Communications Server) manually into the device (e.g., Smartphone). |
|---|---|

## LUMEN

## Login

Email Address or Username *

**Forgot Password?**

Password *

☐ Remember Me

Login

https://lumencloudcomm.lumen.com/login

<table>
<tr><td></td><td>



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

</td></tr>
<tr><td>

7. The method of claim 1, in which the server also acts as a media server so that the network connection is not limited to a voice connection, but includes also the transfer of any media asset,

</td><td>

The server (e.g., Lumen Cloud Communications Server) also acts as a media server so that the network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data, files, chat, and data-, video- and audio streaming.

</td></tr>
</table>

including data, video, and audio files, web pages and data, video and audio streaming.



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 11. The method of claim 1 in which the module establishes and controls communication between the device and the server. | The module (e.g., Lumen Cloud Communications application) establishes and control communication (e.g., SIP/VoIP session) between the device (e.g., Smartphone) and the server (e.g., Lumen Cloud Communications Server). <br><br>  <br><br>  <br><br> https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 22. A system comprising a wireless handheld cellular phone device located in a region and a server for enabling the wireless handheld cellular phone device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a system comprising a wireless handheld cellular phone device (e.g., Smartphone) located in a region and a server (e.g., Lumen Cloud Communications  Server) for enabling the wireless handheld cellular phone device (e.g., Smartphone) to communicate with the server (e.g., Lumen Cloud Communications Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at Lumen Cloud Communications SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager.<br><br><br><br><br><br>https://play.google.com/store/apps/details?id=com.lumen.softphone |
|---|---|

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

· Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

· Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

· HD video calling provides face to face meetings even if you're miles apart.

· Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless handheld cellular phone device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using a module (e.g., Lumen Cloud Communications application) that is responsible for contacting a server (e.g., Lumen Cloud Communications Server) to communicate with the server (e.g., Lumen Cloud Communications Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., Lumen Cloud Communications application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). <br><br>  <br> https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

· Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

· Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

· HD video calling provides face to face meetings even if you're miles apart.

· Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless handheld cellular phone device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using the module (e.g., Lumen Cloud Communications application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Lumen Cloud Communications Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

· Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

· Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

· HD video calling provides face to face meetings even if you're miles apart.

· Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Lumen Cloud Communications SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Lumen Cloud Communications Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using Lumen Cloud Communications application) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |
|---|---|



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

· Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

· Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

· HD video calling provides face to face meetings even if you're miles apart.

· Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 23. A server for enabling a wireless handheld cellular phone device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless handheld cellular phone device (e.g., Smartphone) located in a region and a server for enabling the wireless handheld cellular phone device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.lumen.softphone |
|---|---|

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless handheld cellular phone device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using a module (e.g., Lumen Cloud Communications application) that is responsible for contacting a server (e.g., Lumen Cloud Communications Server) to communicate with the server (e.g., Lumen Cloud Communications Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., Lumen Cloud Communications application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). |
|---|---|



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless handheld cellular phone device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using the module (e.g., Lumen Cloud Communications application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Lumen Cloud Communications Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Lumen Cloud Communications SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Lumen Cloud Communications Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Lumen Cloud Communications application) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. Computer program product embodied on a non-transitory storage medium, the computer program product when executing on a wireless handheld cellular phone device configured to enable the wireless handheld cellular phone device, when located in a region, to initiate a network connection without using a network operator's home location register that covers that region, the computer program product configured to: | The accused product discloses a computer program product (e.g., Lumen Cloud Communications) embodied on a non-transitory storage medium (e.g., Smartphone's memory), the computer program product (e.g., Lumen Cloud Communications) when executing on a wireless handheld cellular phone device (e.g., Smartphone) configured to enable the wireless handheld cellular phone device (e.g., Smartphone), when located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.

The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR). |
| --- | --- |



https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

# Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) contact a server to communicate with the server over a wireless link, and | The accused product contacts a server (e.g., Lumen Cloud Communications Server) to communicate with the server (e.g., Lumen Cloud Communications Server) over a wireless link (e.g., Wi-Fi or 4G link).   https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) send, over the wireless link, data to the server that defines a call request; | The accused product sends, over the wireless link (e.g., Wi-Fi or 4G link), data to the server (e.g., Lumen Cloud Communications Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

· Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

· Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

· HD video calling provides face to face meetings even if you're miles apart.

· Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| wherein, in response to the call request, a software application running on the server decides on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register, and wherein the computer program product is downloadable to the wireless handheld cellular phone device. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Lumen Cloud Communications SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Lumen Cloud Communications Server) decides on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Lumen Cloud Communications) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register, and wherein the computer program product (e.g., Lumen Cloud Communications application) is downloadable to the wireless handheld cellular phone device (e.g., Smartphone).<br><br><br><br>https://play.google.com/store/apps/details?id=com.lumen.softphone |

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

· Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

· Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

· HD video calling provides face to face meetings even if you're miles apart.

· Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html