# EXHIBIT G

Charted Claims:

Non-method: 1

| US9369575B2 | Lumen Cloud Communications App ("The accused instrumentality") |
|---|---|
| 1. A system for detecting or determining any given "VoIP (Voice over internet protocol) location" of any "VoIP enabled wireless device registered to the system" by extracting any such device's "VoIP address or return path" and storing it and updating it in one or more accessible databases, the system including a server, a VoIP enabled wireless device registered to the server and a software module downloadable from the server to the VoIP enabled wireless device, in which: | A system utilized by the accused instrumentality is a system for detecting or determining any given "VoIP (Voice over internet protocol) location" (e.g., IP address of a user device enabled with Lumen Cloud Communications application) of any "VoIP enabled wireless device registered to the system" (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) by extracting any such device's "VoIP address or return path" (e.g., IP address of a user device enabled with Lumen Cloud Communications application) and storing it and updating it in one or more accessible databases (e.g., Lumen Cloud Communications databases), the system including a server (e.g., Lumen Cloud Communications server), a VoIP enabled wireless device registered to the server (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) and a software module (e.g., Lumen Cloud Communications application) downloadable from the server (e.g., Lumen Cloud Communications server) to the VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application). <br><br> The system utilized by the accused instrumentality comprises a Lumen Cloud Communications server, a user device such as a smartphone enabled with Lumen Cloud Communications application. The Lumen Cloud Communications application can be installed into a user smartphone device. The accused instrumentality also determines and collects IP address (i.e., VoIP address or VoIP location) of the user smartphone device. |



https://www.lumen.com/en-us/communications/cloud-communications.html

The accused instrumentality performs voice calling over IP network.



https://play.google.com/store/apps/details?id=com.lumen.softphone

|  | Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.<br>• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.<br>• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.<br>• HD video calling provides face to face meetings even if you're miles apart.<br>• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.<br>https://play.google.com/store/apps/details?id=com.lumen.softphone<br><br>Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.<br>https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf |



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

| | **Categories of Information We Collect, Use, and Disclose for Business Purposes** |
|---|---|
| | We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?" and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:<br><br>• Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.<br>• Demographic information, such as your gender and age.<br>• Commercial information, such as records of purchases and payment information.<br>• Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.<br>• Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.<br>https://www.lumen.com/en-us/about/legal/privacy-notice.html<br><br>We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**. In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world. Where appropriate, our affiliates and subsidiaries<br>https://www.lumen.com/en-us/about/legal/privacy-notice.html |
| (a) the system is adapted to receive VoIP communications from multiple VoIP enabled wireless devices; | The system utilized by the accused instrumentality is the system which is adapted to receive VoIP communications (e.g., voice calling over IP network) from multiple VoIP enabled wireless devices (e.g., user devices such as smartphones enabled with Lumen Cloud Communications application).<br><br>The accused instrumentality provides voice calling functionality over IP network between users. |



https://play.google.com/store/apps/details?id=com.lumen.softphone

The accused instrumentality performs voice calling over IP network.

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

**Categories of Information We Collect, Use, and Disclose for Business Purposes**

We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?"  and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:

- Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.
- Demographic information, such as your gender and age.
- Commercial information, such as records of purchases and payment information.
- Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.
- Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.

https://www.lumen.com/en-us/about/legal/privacy-notice.html

We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**.  In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world.  Where appropriate, our affiliates and subsidiaries

https://www.lumen.com/en-us/about/legal/privacy-notice.html



https://www.routerfreak.com/how-voip-apps-skype-whatsapp-facebook-messenger-work/

| (b) the system enables access to information in one or more databases; | The system utilized by the accused instrumentality is the system which enables access to information in one or more databases.<br><br>Upon information and belief, when a user initiates a call request for a contact, the system utilized by the accused instrumentality access one or more databases associated with Lumen Cloud Communications server to determine the user identification and/or device identification corresponding to the called contact. The system determines the status of the contacted user's device and forwards the call to the corresponding IP address associated with the contacted user.<br><br>The system updates the user's activity and log information in the corresponding databases. |
|---|---|



https://play.google.com/store/apps/details?id=com.lumen.softphone

The accused instrumentality performs voice calling over IP network.

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

# Making Calls

You can place a voice or video call from almost anywhere in the app. If you know the number, you can place a call from the dialer on the Phone tab. If you don't know a number, you can place the call from Contacts, History, or from a chat room.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Using History



1. Go to the History tab and locate the entry containing the contact you want to call.

   – ANDROID. Tap ☎ **Phone**. Alternatively, long-press the entry containing the contact you want to call.

   – IOS. Tap the entry. Alternatively, tap ⓘ **Info** next to the entry, then tap the number you want to dial.

2. Tap **Call** or **Video** to dial.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

| | |
|---|---|
| | **Categories of Information We Collect, Use, and Disclose for Business Purposes**<br><br>We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?" and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:<br><br>• Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.<br>• Demographic information, such as your gender and age.<br>• Commercial information, such as records of purchases and payment information.<br>• Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.<br>• Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.<br><br>https://www.lumen.com/en-us/about/legal/privacy-notice.html<br><br>We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**. In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world. Where appropriate, our affiliates and subsidiaries<br><br>https://www.lumen.com/en-us/about/legal/privacy-notice.html |
| (c) the system is capable of extracting and reporting dynamically the "VoIP address or return path" and all associated information from each incoming data communication from any "VoIP enabled wireless device registered to the system" into a database(s) associated with each | The system utilized by the accused instrumentality is the system which is capable of extracting and reporting dynamically the "VoIP address or return path" (e.g., IP address of a user device enabled with Lumen Cloud Communications application) and all associated information (e.g., all information collected by the accused instrumentality) from each incoming data communication from any "VoIP enabled wireless device registered to the system" (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) into a database(s) associated with each corresponding registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) user account.<br><br>The accused instrumentality extracts and updates a user device enabled with Lumen Cloud Communications application's IP address. The accused instrumentality stores the IP address, call log information, device identifiers in the databases corresponding to the user. |

| corresponding registered VoIP enabled wireless device user account; |  https://play.google.com/store/apps/details?id=com.lumen.softphone The accused instrumentality performs voice calling over IP network. |

| | Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.<br>• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.<br>• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.<br>• HD video calling provides face to face meetings even if you're miles apart.<br>• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.<br>https://play.google.com/store/apps/details?id=com.lumen.softphone<br><br>Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.<br>https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf |
| --- | --- |



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

# Making Calls

You can place a voice or video call from almost anywhere in the app. If you know the number, you can place a call from the dialer on the Phone tab. If you don't know a number, you can place the call from Contacts, History, or from a chat room.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Using History



1. Go to the History tab and locate the entry containing the contact you want to call.

   – ANDROID. Tap 📞 **Phone**. Alternatively, long-press the entry containing the contact you want to call.

   – IOS. Tap the entry. Alternatively, tap ⓘ **Info** next to the entry, then tap the number you want to dial.

2. Tap **Call** or **Video** to dial.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

| | |
|---|---|
| | **Categories of Information We Collect, Use, and Disclose for Business Purposes**<br><br>We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?" and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:<br><br>• Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.<br>• Demographic information, such as your gender and age.<br>• Commercial information, such as records of purchases and payment information.<br>• Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.<br>• Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.<br><br>https://www.lumen.com/en-us/about/legal/privacy-notice.html<br><br>We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**. In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world. Where appropriate, our affiliates and subsidiaries<br><br>https://www.lumen.com/en-us/about/legal/privacy-notice.html |
| (d) the system is capable of extracting a specific "VoIP address or return path" and all associated information corresponding to a specific registered VoIP enabled wireless device user account from the system accessible database(s) and communicating with each specific VoIP enabled | The accused system utilized by the accused instrumentality is the system which is capable of extracting a specific "VoIP address or return path" (e.g., an IP address of a user device such as a smartphone enabled with Lumen Cloud Communications application) and all associated information (e.g., device information, hardware information, online status information, etc.) corresponding to a specific registered VoIP enabled wireless device user account (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) from the system accessible database(s) and communicating with each specific VoIP enabled wireless device (e.g., user device of the called contact such as a smartphone enabled with Lumen Cloud Communications application) registered to the system through each specific "VoIP address or return path" (e.g., an IP address of the user device of the called contact such as a smartphone enabled with Lumen Cloud Communications application). |

| wireless device registered to the system through each specific "VoIP address or return path"; | The accused instrumentality provides voice calling functionality over IP network between users. The accused instrumentality extracts and updates IP addresses of the user devices in its databases. The accused instrumentality enables a user to call a contact by extracting the contacted user's IP address and initiating call procedure corresponding to that IP address.<br><br><br><br>https://play.google.com/store/apps/details?id=com.lumen.softphone |

|  | The accused instrumentality performs voice calling over IP network. |
|---|---|
|  | Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.<br><br>• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.<br>• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.<br>• HD video calling provides face to face meetings even if you're miles apart.<br>• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.<br>https://play.google.com/store/apps/details?id=com.lumen.softphone<br><br>Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.<br><br>https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf |



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

# Making Calls

You can place a voice or video call from almost anywhere in the app. If you know the number, you can place a call from the dialer on the Phone tab. If you don't know a number, you can place the call from Contacts, History, or from a chat room.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Using History



1. Go to the History tab and locate the entry containing the contact you want to call.

   – ANDROID. Tap 📞 **Phone**. Alternatively, long-press the entry containing the contact you want to call.

   – IOS. Tap the entry. Alternatively, tap ⓘ **Info** next to the entry, then tap the number you want to dial.

2. Tap **Call** or **Video** to dial.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

**Categories of Information We Collect, Use, and Disclose for Business Purposes**

We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?"  and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:

- Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.
- Demographic information, such as your gender and age.
- Commercial information, such as records of purchases and payment information.
- Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.
- Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.

https://www.lumen.com/en-us/about/legal/privacy-notice.html

We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**.  In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world.  Where appropriate, our affiliates and subsidiaries

https://www.lumen.com/en-us/about/legal/privacy-notice.html

Voice over Internet Protocol refers to the standards that facilitate voice-based phone calls using an internet connection instead of a local telephone company.

Voice over IP converts your voice into a digital signal, compresses it, and sends it over the internet. A VoIP service provider sets up the call between all participants. On the receiving end, the digital data is then uncompressed into the sound that you hear through your handset or speakerphone.

People opt for VoIP because they can make phone calls without any telephone service, which saves them on long-distance charges. If you have internet access, you don't need to run any extra copper wires. This lets employees work from home or **telecommute** to the office as well.

To call someone using VoIP, you need a SIP-compatible desk phone or a VoIP calling app, which means it is assigned an IP address so that calls can be made from your network. Unlike landline phones, they are capable of high-definition (HD) phone calls.

https://www.nextiva.com/blog/how-does-voip-work.html



https://www.routerfreak.com/how-voip-apps-skype-whatsapp-facebook-messenger-work/

| (e) in which the VoIP enabled wireless device registered to the server incorporates the software module, which at certain time intervals authenticates and connects to the server which is part of the system, and | The system utilized by the accused instrumentality practices such that the VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) registered to the server (e.g., Lumen Cloud Communications server) incorporates the software module (e.g., Lumen Cloud Communications application), which at certain time intervals (e.g., Lumen Cloud Communications app polls the Lumen Cloud Communications server after regular intervals) authenticates and connects to the server (e.g., Lumen Cloud Communications server) which is part of the system.

AS shown below, a user verifies its username/email and password with the system utilized by the accused instrumentality to access the service provided by the system. The system authenticates the user and connects the user to the Lumen Cloud Communications server. |



https://play.google.com/store/apps/details?id=com.lumen.softphone

The accused instrumentality performs voice calling over IP network.

| | Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere. • Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity. • Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions. • HD video calling provides face to face meetings even if you're miles apart. • Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization. https://play.google.com/store/apps/details?id=com.lumen.softphone<br><br>Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application. https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf |
| --- | --- |



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

# Making Calls

You can place a voice or video call from almost anywhere in the app. If you know the number, you can place a call from the dialer on the Phone tab. If you don't know a number, you can place the call from Contacts, History, or from a chat room.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Using History



1. Go to the History tab and locate the entry containing the contact you want to call.

   – ANDROID. Tap ☎ **Phone**. Alternatively, long-press the entry containing the contact you want to call.

   – IOS. Tap the entry. Alternatively, tap ⓘ **Info** next to the entry, then tap the number you want to dial.

2. Tap **Call** or **Video** to dial.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

A *Welcome* email that contains your login details was sent to you when your account was created. Click the link in that email to create your password, then open the app and sign in.

Remember to toggle on *Keep Password* and *Auto Login* to retain login information and activate the client more quickly.



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

**Categories of Information We Collect, Use, and Disclose for Business Purposes**

We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?"  and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:

- Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.
- Demographic information, such as your gender and age.
- Commercial information, such as records of purchases and payment information.
- Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.
- Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.

https://www.lumen.com/en-us/about/legal/privacy-notice.html

We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**.  In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world.  Where appropriate, our affiliates and subsidiaries

https://www.lumen.com/en-us/about/legal/privacy-notice.html

**How do we protect your Personal Information?**

We use a variety of security and operational measures to help prevent your Personal Information from unauthorized access, use or disclosure. We limit our collection and use of your Personal Information to the minimum necessary.

We limit the availability of your Personal Information to those who use that information for the purposes specified in this Privacy Notice.  We have procedures in place to ensure that your Personal Information cannot be accessed by others. We collect the Personal Information we need for the legitimate purpose to contact you about business products and service offerings your employer purchases or may be interested in purchasing. We provide an option to opt-out of any future communications in every marketing communication we send out. We endeavor not to call phone numbers registered with the appropriate do-not-call registries.

https://www.lumen.com/en-us/about/legal/privacy-notice.html

Upon information and belief, a user device enabled with Lumen Cloud Communications application periodically re-engages with the Lumen Cloud Communications server for any further updates. As shown below, an android application periodically authenticates a user device with the help of an account manager or token, The Lumen Cloud Communications server authenticates the user device enabled with Lumen Cloud Communications application periodically.

## Regular Repeated Pings

For apps that require data updates at regular intervals, tools like Google Cloud Messenger should be used to push this information down to the app. Building your own service often results in polling in the background by setting an alarm for every *x* minutes, then waking up the radio and downloading your data. This does not seem like a big deal, but imagine an app that pings the server for updates every 3 minutes. Extrapolate this out —your app will make 480 connections every 24 hours. Throw in a 10 second state machine timer, and now these "harmless" connections are

https://books.google.co.in/books?id=K5aJCgAAQBAJ&pg=PT279&lpg=PT279#v=onepage&q&f=false

The optimal frequency of regular updates will vary based on device state, network connectivity, user behavior, and explicit user preferences.

Optimizing battery life discusses how to build battery-efficient apps that modify their refresh frequency based on the state of the host device. That includes disabling background service updates when you lose connectivity and reducing the rate of updates when the battery level is low.

This lesson will examine how your refresh frequency can be varied to best mitigate the effect of background updates on the underlying wireless radio state machine.

## Use Firebase Cloud Messaging as an alternative to polling

Every time your app polls your server to check if an update is required, you activate the wireless radio, drawing power unnecessarily, for up to 20 seconds on a typical 3G connection.

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

https://developer.android.com/training/efficient-downloads/regular_updates

# Firebase Cloud Messaging 

Firebase Cloud Messaging (FCM) is a cross-platform messaging solution that lets you reliably send messages at no cost.

Using FCM, you can notify a client app that new email or other data is available to sync. You can send notification messages to drive user re-engagement and retention. For use cases such as instant messaging, a message can transfer a payload of up to 4KB to a client app.

Using deprecated Google Cloud Messaging APIs? Learn more about how to migrate to FCM.

https://firebase.google.com/docs/cloud-messaging/



Applications typically try to remember the user using one of three techniques:

1. Ask the user to type in a username.

2. Retrieve a unique device ID to remember the device.

3. Retrieve a built-in account from `AccountManager` .

Option (1) is problematic. First, asking the user to type something before entering your app will automatically make your app less appealing. Second, there's no guarantee that the username chosen will be unique.

Option (2) is less onerous for the user, but it's tricky to get right. More importantly, it only allows you to remember the user on one device. Imagine the frustration of someone who upgrades to a shiny new device, only to find that your app no longer remembers them.

Option (3) is the preferred technique. Account Manager allows you to get information about the accounts that are stored on the user's device. As we'll see in this lesson, using Account Manager lets you remember your user, no matter how many devices the user may own, by adding just a couple of extra taps to your UI.

https://developer.android.com/training/id-auth/identify

Many servers support some notion of an *authentication token*, which can be used to authenticate a request to the server without sending the user's actual password. (Auth tokens are normally created with a separate request which does include the user's credentials.) AccountManager can generate auth tokens for applications, so the application doesn't need to handle passwords directly. Auth tokens are normally reusable and cached by AccountManager, but must be refreshed periodically. It's the responsibility of applications to *invalidate* auth tokens when they stop working so the AccountManager knows it needs to regenerate them.

Applications accessing a server normally go through these steps:

- Get an instance of AccountManager using `get(android.content.Context)`.

- List the available accounts using `getAccountsByType(String)` or
  `getAccountsByTypeAndFeatures(String, String[], AccountManagerCallback, Handler)`. Normally applications will only be interested in accounts with one particular *type*, which identifies the authenticator. Account *features* are used to identify particular account subtypes and capabilities. Both the account type and features are authenticator-specific strings, and must be known by the application in coordination with its preferred authenticators.

https://developer.android.com/reference/android/accounts/AccountManager



| | |
|---|---|
| (f) wherein a time between each time interval of the registered VoIP enabled wireless device authenticating and connecting with the server | The system utilized by the accused instrumentality practices such that a time between each time interval of the registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Lumen Cloud Communications application) authenticating and connecting with the server (e.g., Lumen Cloud Communications server) is less than a time allowed by the registered VoIP enabled wireless device (e.g., a user device such as a |

| | |
|---|---|
| is less than a time allowed by the registered VoIP enabled wireless device to receive a response from the server. | smartphone enabled with Lumen Cloud Communications application) to receive a response from the server (e.g., Lumen Cloud Communications server).<br><br>When a user device such as a smartphone enabled with Lumen Cloud Communications application, during a Lumen Cloud Communications voice call, switches from cellular network to Wi-Fi network or vice versa, the IP address of the user device changes. The accused instrumentality provides seamless and smooth voice calling functionality even when the user device changes the network. The accused instrumentality must take less time to authenticate and connect the user device with a new IP address to the Lumen Cloud Communications server than a time allowed by the user device to receive a voice calling response from the server to ensure no data packet loss. |



https://play.google.com/store/apps/details?id=com.lumen.softphone

The accused instrumentality performs voice calling over IP network.

Lumen® Cloud Communications is a desktop and mobile (iOS) / (Android) softphone solution used to easily talk, chat, meet and share with internal and external resources. Lumen Cloud Communications provides multiple choices in devices, including desktop phones, Analog Terminal Adapters (ATA), smartphones, tablets, and PCs, letting you connect anytime from almost anywhere.

• Lumen® Cloud Communications voice provides high-quality calls between team members and customers across mobile, broadband or internet-based connectivity.

• Engage team members by sending a quick message instead of an email. Start a chat room to get everyone collaborating quickly or grab a colleague's attention with @ mentions.

• HD video calling provides face to face meetings even if you're miles apart.

• Streamline your environment with a single application that can share files, photos, videos and more, increasing collaboration within your organization.

https://play.google.com/store/apps/details?id=com.lumen.softphone

Lumen Cloud Communications (LCC) provides a VoIP service subscription to make audio or video calls with the LCC desktop or mobile client. Please contact Lumen to order and activate your Lumen Cloud Communications service to use this application.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Android call screen

ON CALL



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

# Making Calls

You can place a voice or video call from almost anywhere in the app. If you know the number, you can place a call from the dialer on the Phone tab. If you don't know a number, you can place the call from Contacts, History, or from a chat room.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

## Using History



1. Go to the History tab and locate the entry containing the contact you want to call.

   – ANDROID. Tap 📞 **Phone**. Alternatively, long-press the entry containing the contact you want to call.

   – IOS. Tap the entry. Alternatively, tap ⓘ **Info** next to the entry, then tap the number you want to dial.

2. Tap **Call** or **Video** to dial.

https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

A *Welcome* email that contains your login details was sent to you when your account was created. Click the link in that email to create your password, then open the app and sign in.

Remember to toggle on *Keep Password* and *Auto Login* to retain login information and activate the client more quickly.



https://www.lumen.com/content/dam/lumen/help/cloud-communications/assets/lumen-cloud-communications-mobile-softphone-app-user-guide.pdf

**Categories of Information We Collect, Use, and Disclose for Business Purposes**

We collect the information as described in our Privacy Notice in the section "What Personal Information do we collect?"  and "How do we use your Personal Information?" In the prior 12 months, we may have collected the following categories of Personal Information:

- Identifiers, such as name, email address, mailing address, social security number, cookie and device identifiers, and IP address.
- Demographic information, such as your gender and age.
- Commercial information, such as records of purchases and payment information.
- Internet or other electronic network activity information, such as log data and information about the devices and computers you use to access our websites.
- Geolocation data, such as GPS, Bluetooth, or Wi-Fi signals, where you have allowed access to that information.

https://www.lumen.com/en-us/about/legal/privacy-notice.html

We may transfer your Personal Information to our affiliates and subsidiaries throughout the world for storage and use related to your interaction with **LUMEN**.  In particular, the Personal Information used to confirm and enable those individuals who have been authorized by our business customers to interact with **LUMEN** on their behalf and Personal Information contained in our systems, records and activity logs may be accessible by our affiliates and subsidiaries located in the United States and other countries around the world.  Where appropriate, our affiliates and subsidiaries

https://www.lumen.com/en-us/about/legal/privacy-notice.html

**How do we protect your Personal Information?**

We use a variety of security and operational measures to help prevent your Personal Information from unauthorized access, use or disclosure. We limit our collection and use of your Personal Information to the minimum necessary.

We limit the availability of your Personal Information to those who use that information for the purposes specified in this Privacy Notice.  We have procedures in place to ensure that your Personal Information cannot be accessed by others. We collect the Personal Information we need for the legitimate purpose to contact you about business products and service offerings your employer purchases or may be interested in purchasing. We provide an option to opt-out of any future communications in every marketing communication we send out. We endeavor not to call phone numbers registered with the appropriate do-not-call registries.

https://www.lumen.com/en-us/about/legal/privacy-notice.html

As shown below, an exemplary application manages network connectivity.

Class that answers queries about the state of network connectivity. It also notifies applications when network connectivity changes.

The primary responsibilities of this class are to:

1. Monitor network connections (Wi-Fi, GPRS, UMTS, etc.)

2. Send broadcast intents when network connectivity changes

3. Attempt to "fail over" to another network when connectivity to a network is lost

4. Provide an API that allows applications to query the coarse-grained or fine-grained state of the available networks

5. Provide an API that allows applications to request and select networks for their data traffic

https://developer.android.com/reference/android/net/ConnectivityManager#EXTRA_IS_FAILOVER

If this is a connection that was the result of failing over from a disconnected network, then the FAILOVER_CONNECTION boolean extra is set to true.

For a loss of connectivity, if the connectivity manager is attempting to connect (or has already connected) to another network, the NetworkInfo for the new network is also passed as an extra. This lets any receivers of the broadcast know that they should not necessarily tell the user that no data traffic will be possible. Instead, the receiver should expect another broadcast soon, indicating either that the failover attempt succeeded (and so there is still overall data connectivity), or that the failover attempt failed, meaning that all connectivity has been lost.

https://developer.android.com/reference/android/net/ConnectivityManager#EXTRA_IS_FAILOVER

### Detect connection changes

The final piece of the puzzle is the `BroadcastReceiver` subclass, `NetworkReceiver` . When the device's network connection changes, `NetworkReceiver` intercepts the action `CONNECTIVITY_ACTION` , determines what the network connection status is, and sets the flags `wifiConnected` and `mobileConnected` to true/false accordingly. The upshot is that the next time the user returns to the app, the app will only download the latest feed and update the display if `NetworkActivity.refreshDisplay` is set to `true` .

Setting up a `BroadcastReceiver` that gets called unnecessarily can be a drain on system resources. The sample application registers the `BroadcastReceiver` `NetworkReceiver` in `onCreate()` , and it unregisters it in `onDestroy()` . This is more lightweight than declaring a `<receiver>` in the manifest. When you declare a `<receiver>` in the manifest, it can wake up your app at any time, even if you haven't run it for weeks. By registering and unregistering `NetworkReceiver` within the main activity, you ensure that the app won't be woken up after the user leaves the app. If you do declare a `<receiver>` in the manifest and you know exactly where you need it, you can use `setComponentEnabledSetting()` to enable and disable it as appropriate.

https://developer.android.com/training/basics/network-ops/managing